**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| CAROLYNNE KIEFFER, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| ST. LOUIS COUNTY, MO et al., | ) No. 4:26-cv-00446-JMD |
| | ) |
| *Defendant.* | ) |
| | ) |
| | ) |
| | ) |

**MEMORANDUM AND ORDER**

On April 15, 2026, the Court entered this order: "Kieffer shall show cause no later than April 25, 2026, as to why defendants' motion to dismiss, ECF 2, should not be granted. Kieffer shall also show cause as to why the Court should not dismiss this case for failure to prosecute given that the response to the motion to dismiss was due on April 10, 2026 under Local Rule 4.01." ECF 8. Kieffer did not respond to it, and her window has now expired.

The Court gave Kieffer clear instructions and ample opportunity for compliance. She nevertheless failed to respond not only to the initial motion to dismiss, but also to this order. For this reason, the Court finds that dismissal is warranted under Federal Rule of Civil Procedure 41(b) for failure to comply with a court order. **IT IS HEREBY ORDERED** that this matter is **DISMISSED** without prejudice under Rule 41(b).

Dated this 28th day of April, 2026

_____
JOSHUA M. DIVINE
UNITED STATES DISTRICT JUDGE
FOR THE EASTERN AND WESTERN
DISTRICTS OF MISSOURI

1